**Roadway** *your way.*
Roadway Express, Inc
1077 Gorge Blvd Box 471
Akron, OH 44309

Pay Group: RSM-Rdwy Sal
Pay Begin Date: 06/01/08
Pay End Date: 06/30/08

Advice #: 1469966
Advice Date: 06/30/2008

| | | |
|---|---|---|
| Seale, Mark Elliott<br>1817 Harrison Dr<br>Tuscaloosa, AL 35405<br>SSN: Not Shown | Employee ID: 100389861<br>Department: 421-Birm<br>Location: 421<br>Job Title: Sr Supervisor<br>Pay Rate: $5,157.62 Monthly | TAX DATA: Federal / State<br>Marital Status: Married / Married<br>Allowances: 8 / 3<br>Addl. Pct.:<br>Addl. Amt.: |

## HOURS AND EARNINGS

| Description | Period Begin | Period End | Hours | Current Earnings | Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular | | | | 2,578.81 | | 30,597.90 |
| Flex/Benefit Dollars | | | | 76.32 | | 915.84 |
| Pay for Performance | | | | | | 465.06 |
| **Total:** | | | | **2,655.13** | | **31,978.80** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 118.55 | 1,486.67 |
| Fed MED/EE | 36.34 | 437.79 |
| Fed OASDI/EE | 155.39 | 1,871.94 |
| AL Withholdng | 98.35 | 1,188.63 |
| AL JEFFERSON CO Withholdng | 13.32 | 160.43 |
| **Total:** | **421.95** | **5,145.46** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 22.50 | 270.00 |
| Medical | 118.87 | 1,426.44 |
| Pharmacy | 10.80 | 129.60 |
| Supp Life | 3.44 | 41.28 |
| Vision | 1.88 | 22.56 |
| **Total:** | **157.49** | **1,889.88** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dep Lf Chd | 0.50 | 6.00 |
| Dep Lf Sp | 0.88 | 10.56 |
| **Total:** | **1.38** | **16.56** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Supp Life* | 8.64 | 103.68 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,655.13 | 2,506.28 | 421.95 | 158.87 | 2,074.31 |
| YTD: | 31,978.80 | 30,192.60 | 5,145.46 | 1,906.44 | 24,926.90 |

**PAID TIME OFF    YTD**

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #1469966 | $2,074.31 |
| Total | $2,074.31 |

**MESSAGE:** PLEASE REVIEW YOUR W4 STATUS AND FILE A NEW W4 WITH PAYROLL IF NECESSARY

---- REMOVE DOCUMENT ALONG THIS PERFORATION ----

**Roadway.** *your way.*
Roadway Express, Inc
1077 Gorge Blvd Box 471
Akron, OH 44309

Date: 06/30/2008

Advice No. 1469966

Deposit Amount:  $********2,074.31

To The Account(s) Of    421-Bi
**MARK ELLIOTT SEALE**
1817 Harrison Dr
Tuscaloosa, AL 35405

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | | |
|---|---|---|
| Checking | 1168 | $2,074.31 |
| Total: | | $2,074.31 |

# NON-NEGOTIABLE

| Roadway Express, Inc | | Pay Group: | RSM-Rdwy Sal | Advice #: | 1570039 |
|---|---|---|---|---|---|
| 1077 Gorge Blvd Box 471 | | Pay Begin Date: | 07/1/08 | | |
| Akron, OH 44309 | | Pay End Date: | 07/15 | Advice Date: | 07/15/2008 |

| Seale, Mark Elliott | Employee ID: | 100389861 | TAX DATA: | Federal | State |
|---|---|---|---|---|---|
| 1817 Harrison Dr | Department: | 421-Birm | Marital Status: | Married | Married |
| Tuscaloosa, AL 35405 | Location: | 421 | Allowances: | 8 | 3 |
| | Job Title: | Sr Supervisor | Addl. Pct.: | | |
| SSN: Not Shown | Pay Rate: | $5,359.29 Monthly | Addl. Amt.: | | |

### HOURS AND EARNINGS

| | DATE PERIOD | | CURRENT | | YTD | |
|---|---|---|---|---|---|---|
| Description | Period Begin | Period End | Hours | Earnings | Hours | Earnings |
| Regular | | | | 2,679.65 | | 33,277.55 |
| Flex/Benefit Dollars | | | | 76.32 | | 992.16 |
| Pay for Performance | | | | | | 465.06 |
| **Total:** | | | | 2,755.97 | | 34,734.77 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 133.67 | 1,620.34 |
| Fed MED/EE | 37.81 | 475.60 |
| Fed OASDI/EE | 161.64 | 2,033.58 |
| AL Withholdng | 102.63 | 1,291.26 |
| AL JEFFERSON CO Withholdng | 13.82 | 174.25 |
| **Total:** | 449.57 | 5,595.03 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 22.50 | 292.50 |
| Medical | 118.87 | 1,545.31 |
| Pharmacy | 10.80 | 140.40 |
| Supp Life | 3.44 | 44.72 |
| Vision | 1.88 | 24.44 |
| **Total:** | 157.49 | 2,047.37 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dep Lf Chd | 0.50 | 6.50 |
| Dep Lf Sp | 0.88 | 11.44 |
| **Total:** | 1.38 | 17.94 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Supp Life* | 8.64 | 112.32 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,755.97 | 2,607.12 | 449.57 | 158.87 | 2,147.53 |
| YTD: | 34,734.77 | 32,799.72 | 5,595.03 | 2,065.31 | 27,074.43 |

**PAID TIME OFF  YTD**

### NET PAY DISTRIBUTION

| Advice #1570039 | $2,147.53 |
|---|---|
| Total | $2,147.53 |

**MESSAGE:** PLEASE REVIEW YOUR W4 STATUS AND FILE A NEW W4 WITH PAYROLL IF NECESSARY

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

**Roadway.** your way.
Roadway Express, Inc
1077 Gorge Blvd Box 471
Akron, OH 44309

Date: 07/15/2008
Advice No.: 1570039

Deposit Amount: $********2,147.53

To The Account(s) Of  421-Bi
**MARK ELLIOTT SEALE**
1817 Harrison Dr
Tuscaloosa, AL 35405

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | | | |
|---|---|---|---|
| Checking | 1168 | | $2,147.53 |
| Total: | | | $2,147.53 |

**NON-NEGOTIABLE**

**Roadway.** your way.
Roadway Express, Inc
1077 Gorge Blvd Box 471
Akron, OH 44309

Pay Group: RSM-Rdwy Sal
Pay Begin Date:
Pay End Date: 07/ /08

Advice #: 1638232
Advice Date: 07/31/2008

Seale, Mark Elliott
1817 Harrison Dr
Tuscaloosa, AL 35405

SSN: Not Shown

Employee ID: 100389861
Department: 421-Birm
Location: 421
Job Title: Sr Supervisor
Pay Rate: $5,359.29 Monthly

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 8 | 3 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Period Begin | Period End | Hours | Current Earnings | Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular | | | | 2,679.65 | | 35,957.20 |
| Flex/Benefit Dollars | | | | 76.32 | | 1,068.48 |
| Pay for Performance | | | | | | 465.06 |
| Total: | | | | 2,755.97 | | 37,490.74 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 133.67 | 1,754.01 |
| Fed MED/EE | 37.80 | 513.40 |
| Fed OASDI/EE | 161.64 | 2,195.22 |
| AL Withholdng | 102.63 | 1,393.89 |
| AL JEFFERSON CO Withholdng | 13.82 | 188.07 |
| Total: | 449.56 | 6,044.59 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 22.50 | 315.00 |
| Medical | 118.87 | 1,664.18 |
| Pharmacy | 10.80 | 151.20 |
| Supp Life | 3.44 | 48.16 |
| Vision | 1.88 | 26.32 |
| Total: | 157.49 | 2,204.86 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dep Lf Chd | 0.50 | 7.00 |
| Dep Lf Sp | 0.88 | 12.32 |
| Total: | 1.38 | 19.32 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Supp Life* | 8.64 | 120.96 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,755.97 | 2,607.12 | 449.56 | 158.87 | 2,147.54 |
| YTD: | 37,490.74 | 35,406.84 | 6,044.59 | 2,224.18 | 29,221.97 |

PAID TIME OFF  YTD

### NET PAY DISTRIBUTION
| Advice #1638232 | $2,147.54 |
|---|---|
| Total | $2,147.54 |

**MESSAGE:** PLEASE REVIEW YOUR W4 STATUS AND FILE A NEW W4 WITH PAYROLL IF NECESSARY

─────────── REMOVE DOCUMENT ALONG THIS PERFORATION ───────────

**Roadway.** your way.
Roadway Express, Inc
1077 Gorge Blvd Box 471
Akron, OH 44309

Date: 07/31/2008

Advice No. 1638232

Deposit Amount: $*******2,147.54

To The Account(s) Of   421-Bi
**MARK ELLIOTT SEALE**
1817 Harrison Dr
Tuscaloosa, AL 35405

### DIRECT DEPOSIT DISTRIBUTION
| Account Type | | |
|---|---|---|
| Checking | 1168 | $2,147.54 |
| Total: | | $2,147.54 |

**NON-NEGOTIABLE**

**Roadway** your way.

Roadway Express, Inc
1077 Gorge Blvd Box 471
Akron, OH 44309

| Pay Group: | RSM-Rdwy Sal | Advice #: | 1707980 |
|---|---|---|---|
| Pay Begin Date: | 08/01/08 | | |
| Pay End Date: | 08/15/08 | Advice Date: | 08/15/2008 |

| Seale, Mark Elliott | Employee ID: | 100389861 | TAX DATA: | Federal | State |
|---|---|---|---|---|---|
| 1817 Harrison Dr | Department: | 421-Birm | Marital Status: | Married | Married |
| Tuscaloosa, AL 35405 | Location: | 421 | Allowances: | 8 | 3 |
| | Job Title: | Sr Supervisor | Addl. Pct.: | | |
| SSN:   Not Shown | Pay Rate: | $5,359.29 Monthly | Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | DATE PERIOD Period Begin | Period End | CURRENT Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|---|
| Regular | | | | 2,679.65 | | 38,636.85 |
| Flex/Benefit Dollars | | | | 76.32 | | 1,144.80 |
| Pay for Performance | | | | | | 465.06 |
| **Total:** | | | | **2,755.97** | | **40,246.71** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 133.67 | 1,887.68 |
| Fed MED/EE | 37.80 | 551.20 |
| Fed OASDI/EE | 161.65 | 2,356.87 |
| AL Withholdng | 102.63 | 1,496.52 |
| AL JEFFERSON CO Withholdng | 13.82 | 201.89 |
| **Total:** | **449.57** | **6,494.16** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 22.50 | 337.50 |
| Medical | 118.87 | 1,783.05 |
| Pharmacy | 10.80 | 162.00 |
| Supp Life | 3.44 | 51.60 |
| Vision | 1.88 | 28.20 |
| **Total:** | **157.49** | **2,362.35** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dep Lf Chd | 0.50 | 7.50 |
| Dep Lf Sp | 0.88 | 13.20 |
| **Total:** | **1.38** | **20.70** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Supp Life* | 8.64 | 129.60 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,755.97 | 2,607.12 | 449.57 | 158.87 | 2,147.53 |
| YTD: | 40,246.71 | 38,013.96 | 6,494.16 | 2,383.05 | 31,369.50 |

| PAID TIME OFF | YTD |
|---|---|

## NET PAY DISTRIBUTION

| Advice #1707980 | $2,147.53 |
|---|---|
| Total | $2,147.53 |

**MESSAGE:** PLEASE REVIEW YOUR W4 STATUS AND FILE A NEW W4 WITH PAYROLL IF NECESSARY

------ REMOVE DOCUMENT ALONG THIS PERFORATION ------

**Roadway.** your way.

Roadway Express, Inc
1077 Gorge Blvd Box 471
Akron, OH 44309

Date: 08/15/2008      Advice No. 1707980

Deposit Amount:  $*******2,147.53

To The Account(s) Of   421-Bi
**MARK ELLIOTT SEALE**
1817 Harrison Dr
Tuscaloosa, AL 35405

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | | |
|---|---|---|
| Checking | 1168 | $2,147.53 |
| Total: | | $2,147.53 |

## NON-NEGOTIABLE